BRIAN QUINN
 Chief Justice

 JAMES T. CAMPBELL
 Justice

 MACKEY K. HANCOCK
 Justice

 PATRICK A. PIRTLE
 Justice | |Court of Appeals

 Seventh District of Texas
 Potter County Courts Building
 501 S. Fillmore, Suite 2-A
 Amarillo, Texas 79101-2449
 www.7thcoa.courts.state.tx.us | |
 PEGGY CULP
 CLERK

 MAILING ADDRESS:
 P. O. Box 9540
 79105-9540

 (806) 342-2650 | |
 November 20, 2008

|April A. Palmer |Alex Vasquez |
|Attorney at Law |Attorney At Law |
|P.O. Box 21171 |510 S. Polk |
|Amarillo, TX 79114 |P. O. Box 9278 |
| |Amarillo, TX 79105 |
|Federico N. Delgado III | |
|4124 South Bowie | |
|Amarillo, TX 79110 | |

 Dear Counsel:

 The Court this day disposed of Cause No. 07-08-00349-CV, styled
 In the Interest of S.M.D., N.F.D., and I.F.D., Children. Enclosed are
 copies of the Court's opinion and judgment and mandate. Tex. R. App.
 P. 48.

 In addition, pursuant to Texas Government Code, Sec.
 51.204(b)(2), exhibits on file with this Court, if any, will be
 destroyed three years after final disposition of the case or at an
 earlier date if ordered by the Court.
 Very truly yours,

 PEGGY CULP, CLERK

 By:___________________
|xc: |Kim Bayless |
| |Caroline Woodburn |
| |Honorable Pamela Cook Sirmon |
| |Lexis/Nexis |
| |Lois, Inc. |
| |State Bar of Texas |
| |West Publishing |